UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                          Plaintiff,

          -against-                                24-CV-9388 (LTS)

JP MORGAN CHASE,                         ORDER OF DISMISSAL

                        Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff initiated this action, *pro se*, on December 9, 2024. By order dated December 20, 2024, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Rather, he filed 49 additional actions, all without paying the fees or asking that the fees be waived.

      Accordingly, the Court dismisses the complaint in this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court also warns Plaintiff that should he continue to file actions in this court, without paying the fees or requesting that the fees be waived, the Court may direct him to show cause why he should not be barred from filing future actions in this court if such actions do not include an IFP application or payment of the fees.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   January 22, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge